**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7574**

---

ANDREW WINDSOR,

Plaintiff - Appellant,

versus

NASH W. SCHOTT, A.U.S.A.; DREWRY B. HUTCHESON,
JR., Esquire,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior
District Judge.  (CA-97-516-3)

---

Submitted:  January 22, 1998      Decided:  February 4, 1998

---

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Andrew Windsor, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order dismissing without prejudice his <u>Bivens</u><sup>*</sup> complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Windsor v. Schott</u>, No. CA-97-516-3 (E.D. Va. Sept. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).

2